NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1522

SANOFI-AVENTIS, SANOFI-SYNTHELABO, INC., and
BRISTOL-MYERS SQUIBB SANOFI
PHARMACEUTICALS HOLDING PARTNERSHIP,

Plaintiffs-Appellees,

v.

COBALT PHARMACEUTICALS, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Southern District of
New York in case no. 05-CV-08055, Judge Sidney H. Stein.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

Sanofi-Aventis et al. (Sanofi) moves for issuance of the mandate. Cobalt

Pharmaceuticals, Inc. opposes. Sanofi replies.

This appeal was stayed pending the court's disposition of Sanofi-Aventis v.

Apotex, 2007-1438. In Apotex, the court affirmed the district court's ruling that Sanofi's

patent was not invalid.

On December 6, 2007, the court denied Cobalt's motion to adopt the brief of

Apotex in Sanofi-Aventis v. Apotex, 2007-1438. The court noted that Cobalt indicated

that the parties agreed to be bound by the judgment concerning invalidity and/or

unenforceability in Apotex and thus ruled that, absent objection, this case would be

stayed pending Apotex. No objections were received and thus this case was stayed pending disposition of Apotex.

Sanofi argues that because Cobalt stated that it agreed to be bound by the Apotex judgment, the court should summarily affirm the judgment of the United States District Court for the Southern District of New York in this case and issue the mandate. Cobalt contends that it agreed to be bound by the district court's decision in Apotex but did not agree to be bound by this court's disposition of the Apotex appeal. Cobalt requests that the court continue the stay of proceedings pending the filing of a petition for a writ of certiorari in the United States Supreme Court in Apotex.

The court deems it the better course to allow briefing to proceed in this case.

Accordingly,

IT IS ORDERED THAT:

(1)    The motion is denied.

(2)    The stay is lifted. Cobalt's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

JUL 21 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Evan R. Chesler, Esq.
       William A. Rakoczy, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 1 2009

JAN HORBALY
CLERK

2007-1522                           2